UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
STANISLAW SWIERZY,

                Plaintiff,

-Against-

MESIVTA YESHIVA RABBI CHAIM BERLIN,
ZYSKIN SACKI, DAVID MARCUS, MAYER LASKER,
ABRA FRUCTHANDLER, MOISHE SZANFEL,
DOVI ZIKLY, SURI BROWNSTEIN,
HONDA MOTOR CO., SEARS ROEBUCK AND CO.,
JOHN DOES 1-X (SUCH PERSONS BEING
PRESENTLY UNKNOWN),
                Defendants.
----------------------------------------------------------------X

12-CV-04519(DLI)(RER)

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the enumerated Parties in the above referenced action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby, discontinued with prejudice and without costs to either party as against the other. This stipulation may be executed in counterparts and exchanged via facsimile or e-mail. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
         June ___, 2013

| PLAINTIFF | DEFENDANT |
| --- | --- |
| STANISLAW SWIERZY | SEARS ROEBUCK AND CO. |
| Darius A. Marzec, Esq. | Karen Leah Kirshenbaum |
| Marzec Law Firm, P.C. | Lynch Rowin LLP |
| 225 Broadway, Ste 3000 | 630 Third Avenue |
| New York, NY 10007 | New York, NY 10017 |
| 212-267-0200 | 212-682-4001 |
| (f) 800-260-0172 | (f) 212-682-4003 |

DEFENDANTS
MESIVTA YESHIVA RABBI CHAIM BERLIN
ZYSKIN SACKI, DAVID MARCUS, MAYER LASKER
ABRA FRUCTHANDLER, MOISHE SZANFEL
DOVI ZIKLY, AND SURI BROWNSTEIN

_____
Leo L. Esses, Esq.
Cohen Tauber Spievack & Wagner P.C.
The Graybar Building
420 Lexington Avenue, 24th Floor
New York, New York 10170
Telephone:  212-586-5800
Direct Dial: 212-381-8730
Facsimile:  212-586-5095
lesses@ctswlaw.com